PER CURIAM.
Affirmed. See Tibbs v. State, 397 So.2d 1120 (Fla.1981); Spinkellink v. State, 313 So.2d 666 (Fla.1975); Lynch v. State, 293 So.2d 44 (Fla.1974); Johnson v. State, 509 So.2d 1237 (Fla. 4th DCA 1957); Taylor v. State, 481 So.2d 97 (Fla. 3d DCA 1986); Robinson v. State, 462 So.2d 471 (Fla. 1st DCA 1984); Berezovsky v. State, 335 So.2d 592 (Fla. 3d DCA 1976); Rolle v. State, 268 So.2d 541 (Fla. 3d DCA 1972); Thomas v. State, 183 So.2d 297 (Fla. 3d DCA 1966); § 924.33, Florida Statutes (1987).